

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Michael D. Lee, Appellant

No. 06-15-00037-CV      v.

The Rogers Agency, C. Michael Rogers, and New York Life Insurance Company, Appellees

Appeal from the 124th District Court of Gregg County, Texas (Tr. Ct. No. 2014-615-B). Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we affirm the trial court's summary judgment on Lee's negligence and breach of contract causes of action. We reverse the trial court's summary judgment on Lee's DTPA and Insurance Code causes of action. We remand this case to the trial court for further proceedings consistent with this opinion.

We further order that the appellant and appellees split all costs of this appeal.

RENDERED OCTOBER 6, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk